O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT BAKER, individually and as Executor IN RE ESTATE OF KATE BAKER, <br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN EXPRESS, INC.,; AMERICAN EXPRESS FINANCIAL ADVISORS, et al.<br><br>　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CV 12-06572 DDP (RZx)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR AMICUS CURIAE APPOINTMENT**<br><br>[Dkt. No. 17] |

　　Presently before the court is Plaintiff Robert Baker's Motion for Amicus Curiae Appointment by This Court to Test Constitutionality of State Bar Act of 1927 and 28 U.S.C. 1915(a). The Motion is DENIED. An attorney may be appointed under 28 U.S.C. § 1915. The court has already denied Plaintiff's request for an attorney under that statute on four separate occasions. The fact that Plaintiff is now requesting an attorney for the purpose of preparing a friend of the court brief does not change the court's previous four decisions denying the appointment of an attorney, nor is the court aware of any other statutory basis for such request.

　　The court's order of June 11, 2013, remains in effect. Plaintiffs have until July 26, 2013, to obtain an attorney for the Estate of Kate Baker and to serve the Complaint. If the Estate of Kate Baker fails to obtain an attorney in that time, it shall be dismissed as a party to the action. If the Complaint is not served,

the action shall be dismissed.  **No additional requests for an attorney shall be considered absent permission from the court.**

IT IS SO ORDERED.


Dated: July 17, 2013

DEAN D. PREGERSON
United States District Judge